**DENIED and Opinion Filed June 16, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00598-CV**
_____

**IN RE CONNIE DENISE SIGEL IN HER CAPACITY AS INDEPENDENT EXECUTRIX OF THE ESTATE OF FLO DELMARENE MCCARTHY, DECEASED, Relator**

**Original Proceeding from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-18-00439-1**

## MEMORANDUM OPINION

Before Justices Reichek, Carlyle, and Kennedy
Opinion by Justice Kennedy

In her June 14, 2023 petition for writ of mandamus, relator seeks relief from two probate court orders issued in connection with an independent estate administration. The first order set aside an earlier distribution order. The second order is a pretrial scheduling order, setting certain issues for a jury trial.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator bears the burden of providing the Court with a sufficient record to show she is entitled to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992)

(orig. proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate an entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We also deny relator's emergency motion to stay as moot.

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

230598F.P05